185 So.2d 531

**ST. PAUL MERCURY INDEMNITY COMPANY**

v.

**David I. PATTEN, Doing Business as Patten's Welding Company.**

No. 48135.

May 5, 1966.

In re: State of Louisiana applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 182 So.2d 842.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.